Edna Nordman, administratrix of the estate of Oscar Thoren, deceased, appellant, v. Walter A. Carlson, appellee. Gen. No. 9,002.

Opinion filed December 5, 1935. Rehearing denied January 9, 1936.
Frank E. Maynard, for appellant. North, Gibboney & North, for appellee; Frank P. North, of counsel.
Mr. Presiding Justice Huffman delivered the opinion of the court.